*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  August 13, 2015                520127
_____

In the Matter of ERIC J.
    SHIELDS,
                    Petitioner,

        v                                MEMORANDUM AND JUDGMENT

ALBERT PRACK, as Director of
    Special Housing and Inmate
    Disciplinary Programs,
                    Respondent.
_____

Calendar Date:   June 8, 2015

Before:  Peters, P.J., Lahtinen, Garry and Rose, JJ.

                    _____


        Eric J. Shields, Moravia, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H. Schiff of counsel), for respondent.

                    _____


        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

        Petitioner commenced this CPLR article 78 proceeding to challenge a prison disciplinary determination rendered following a tier III hearing.  The Attorney General has advised this Court that the determination at issue has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account.  In light of this, and given that petitioner has received all the relief to

which he is entitled, the matter must be dismissed as moot (see Matter of Tevault v Prack, 127 AD3d 1483 [2015]).

Peters, P.J., Lahtinen, Garry and Rose, JJ., concur.


ADJUDGED that the petition is dismissed, as moot, without costs.




ENTER:

Robert D. Mayberger
Clerk of the Court